# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

139919

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ST. FRANCIS HOSPITAL OF ESCANABA,
     Plaintiff-Appellant,

v

HOME OWNERS INSURANCE COMPANY,
     Defendant-Appellee.

SC: 139919
COA: 292530
Delta CC: 08-019884-AV
94th DC: 07-GC-481

_____/

     On order of the Court, the application for leave to appeal the October 16, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

_____
Clerk

p0322